NUMBER 13-08-00204-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF Z. H. S., A CHILD 

_____________________________________________________________


On Appeal from the 148th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, the Office of the Attorney General of Texas, perfected an appeal from a
judgment entered by the 148th District Court of Nueces County, Texas, in cause number
07-4974-E. Appellant has filed a motion to dismiss the appeal on grounds that the mother
and custodial parent of Z.H.S., a child, does not want the Attorney General to prosecute
this appeal and wishes to terminate the Attorney General's child support services. 
Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's amended motion to dismiss is granted, and the appeal is hereby
DISMISSED. No costs are to be assessed. An appellate court may not assess costs
against the Office of the Attorney General in a case in which the Attorney General is
providing services to establish paternity and support. See Tex. Fam. Code Ann. §
231.211(a)(Vernon 2002). Having dismissed the appeal at appellant's request, no motion
for rehearing will be entertained, and our mandate will issue forthwith.



 PER CURIAM



Memorandum Opinion delivered 

and filed this the 5th day of February, 2009.